In the Matter of JORDAN M., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; BURNADETTA M. et al., Respondents, et al., Respondent. [869 NYS2d 821]

Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.